# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:16-cr-0323-AKK** |
| | ) | |
| **WILLIE LEE COOKS,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The court has for consideration Defendant's motion to suppress, doc. 30.

The magistrate judge filed a report on April 28, 2017, recommending that the court

deny Defendant's motion. *See* doc. 38.  The Defendant has timely objected. *See*

doc. 39.  Having carefully reviewed and considered *de novo* all the materials in the

court file, including the report and recommendation, and the objections, the court

is of the opinion that the magistrate judge's report is due to be and hereby is

**ADOPTED** and his recommendation is **ACCEPTED**.  It is therefore **ORDERED**

that Defendant's motion to suppress, doc. 30, is **DENIED.**

Done this the 31st day of May 2017.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE